JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH HENDERSON,<br><br>    Petitioner,<br><br>vs.<br><br>GREG LEWIS, Warden,<br><br>    Respondent. | Case No. CV 10-10073-PSG (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/4/11

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE